# FILED

07/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0399



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 23 - 0399

JARED MATTHEW EVES,

        Petitioner and Appellant,

v.

STATE OF MONTANA,

        Respondent and Appellee.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: July 21, 2023.

BOWEN GREENWOOD
Clerk of the Supreme Court